1  Daniel K. Calisher (State Bar No. 181821)
   calisher@fostergraham.com
2  FOSTER GRAHAM MILSTEIN & CALISHER LLP
   621 Seventeenth Street, 19th Floor
3  Denver, Colorado 80293
   Telephone: (303) 333-9810
4  Facsimile: (303) 333-9786

5  Michael A. Rollin (State Bar No. 251557)
   mrollin@rplaw.com
6  REILLY POZNER LLP
   10833 Wilshire Boulevard, Unit 604
7  Los Angeles, California 90024
   Telephone: (310) 425-0922
8  Facsimile: (303) 893-6110

9  *Attorneys for Plaintiff*
   *LEHMAN BROTHERS HOLDINGS, INC.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC. <br><br> Plaintiff, <br><br> vs. <br><br> PMC BANCORP f/k/a PROFESSIONAL MORTGAGE CORP. <br><br> Defendant. | CASE NO. CV10 7207 <br><br> **COMPLAINT** <br><br> 1) BREACH OF CONTRACT <br> 2) BREACH OF EXPRESS WARRANTY <br> 3) BREACH OF CONTRACT – INDEMNIFICATION AGREEMENT <br> 4) BREACH OF CONTRACT – SPECIFIC PERFORMANCE |

Plaintiff Lehman Brothers Holdings, Inc. ("LBHI"), by and through its undersigned counsel, and for its complaint against defendant PMC Bancorp f/k/a Professional Mortgage Corp. ("PMC"), hereby and states and alleges as follows:

## NATURE OF ACTION

1. LBHI's wholly owned subsidiary, Lehman Brothers Bank, FSB ("LBB") purchased a number of residential mortgage loans from PMC pursuant to one or more written contracts. LBB subsequently assigned to LBHI its rights under those contracts. LBHI discovered that PMC breached one or more of its agreements, representations, and/or warranties under the contract(s) relating to certain loans. By this action, LBHI seeks specific performance under the subject contract(s) relating to certain loans or, alternatively, seeks to recover from PMC losses incurred by LBHI relating to certain loans.

## PARTIES

2. LBHI is a Delaware corporation with its principal place of business in New York.

3. Upon information and belief, PMC is a California corporation, with a principal place of business in City of Industry, California.

## JURISDICTION AND VENUE

4. This Court has jurisdiction pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship between LBHI and PMC, and the amount in controversy exceeds $75,000, exclusive of interests and costs.

5. Venue is proper in this District pursuant to 28 U.S.C. § 1391 because PMC resides in City of Industry, California.

## FACTUAL ALLEGATIONS

6. At all times relevant hereto, PMC engaged in mortgage lending, as well as the sale of mortgage loans on the secondary mortgage market to investors such as LBB and/or LBHI.

7. On or about March 25, 2004, PMC entered into a written Loan Purchase Agreement with LBB ("Agreement").

8. The Agreement specifically incorporated the terms and conditions of the Seller's Guide ("Seller's Guide") of Aurora Loan Services LLC ("Aurora"), LBB's wholly-owned subsidiary, which sets forth additional duties and obligations of PMC.

9. The Agreement and Seller's Guide constitute a valid and enforceable contract that is binding upon PMC.

10. The Agreement and Seller's Guide set forth the duties and obligations of the parties with respect to the purchase and sale of the subject mortgage loans, including but not limited to the following: (a) purchase price; (b) delivery of the loans and attendant documentation; (c) examination of loan files; (d) underwriting; (e) representations and warranties concerning individual loans; and (f) remedies for breach.

11. PMC sold a number of mortgage loans to LBB under the Agreement and Seller's Guide, including the certain mortgage loans set forth on **Exhibit A** hereto, which is incorporated by this reference as though fully set forth herein.

**COMPLAINT**

12. Subsequent to such sales, LBB assigned all of its rights and remedies under the Agreement and Seller's Guide with respect to the subject mortgage loans to LBHI.

13. On or about August 15, 2007, PMC entered into an Indemnification Agreement ("Indemnification Agreement") regarding Loan Nos. ****8454, ****0794, and ****8129.

14. In the Indemnification Agreement, PMC confessed liability regarding Loan Nos. ****8454, ****0794, and ****8129, formally surrendered the exclusive right to liquidate the property securing the loan, and agreed to pay certain damages.

### PMC's Breach Of Representations And/Or Warranties

15. With respect to each of the subject mortgage loans, PMC made a number of representations and/or warranties, including but not limited to: (a) the validity of the loan documentation; (b) the absence of fraud relating thereto; (c) the accuracy of information regarding borrower identity, income, employment, credit, debt, assets, and liabilities used in making the decision to originate the mortgage loans; (c) occupancy by the borrower of the real property securing the loans; (d) the ownership, nature, condition, and value of the real property securing the loans; (e) the absence of early payment defaults; (f) the absence of straw purchasers; (g) conformance of the loans with applicable underwriting guidelines and loan program requirements; and (h) its obligation to repurchase the loan in the event of a breach of any representation and/or warranty.

16. LBHI discovered one or more material defects in the subject loans, and further discovered PMC had breached one or more of its representations and/or warranties under the Agreement and/or Seller's Guide.

17. LBHI provided PMC with written notice of PMC's breach of the representations and/or warranties with respect to the subject loans.

18. PMC has refused or otherwise failed to comply with its obligations under the Agreement and Seller's Guide regarding the subject loans.

### Early Payment Defaults

19. The subject contract(s) specify that PMC shall repurchase mortgage loans that become Early Payment Defaults.

20. For loans purchased pursuant to the seller's delegated underwriting authority, the loan becomes an Early Payment Default if the borrower fails to make the first or second monthly payment due within 30 days of each such monthly payment's respective due date.

21. PMC received delegated underwriting authority before it sold the subject loans.

22. As indicated on **Exhibit A** hereto, certain loans purchased from PMC became Early Payment Defaults, namely Loan Nos. ****8454, ****3863, and ****8129.

23. Specifically, with respect to those three loans, the borrower(s) failed to make the first and/or second payment within 30 days of the applicable due date(s).

24. LBHI provided PMC with written notice concerning the Early Payment Defaults and demanded that PMC repurchase those mortgage loans.

25. PMC has refused or otherwise failed to repurchase the mortgage loans or otherwise comply with its obligations under the Agreement and Seller's Guide with respect to the subject loans suffering from an Early Payment Default.

26. LBHI, as well as its predecessors and agents, have substantially performed any and all of their respective obligations under the Agreement and Seller's Guide.

## FIRST CLAIM FOR RELIEF
(Breach of Contract)

27. LBHI incorporates the foregoing allegations as though fully set forth herein.

28. PMC has breached the Agreement and Seller's Guide by: (a) breaching one or more of its agreements, representations and/or warranties; (b) refusing or otherwise failing to repurchase the subject mortgage loans; and/or (c) refusing to pay LBHI for losses suffered arising from or relating to the subject mortgage loans.

29. PMC's breaches of the Agreement and Seller's Guide have resulted in actual and consequential damages in an amount to be proven at trial.

## SECOND CLAIM FOR RELIEF
(Breach of Express Warranty)

30. LBHI incorporates the foregoing allegations as though fully set forth herein.

COMPLAINT

31. PMC made a number of express warranties with respect to material facts concerning the subject loans, including but not limited to the warranties described above.

32. The warranties contained in the Agreement and Seller's Guide were an essential part of the bargain.

33. PMC breached one or more of its warranties relating to the loans identified on **Exhibit A** hereto.

34. LBHI provided PMC with written notice concerning PMC's breaches of its express warranties.

35. PMC has refused or otherwise failed to remedy or compensate LBHI for PMC's breaches of one or more express warranties.

36. As a result of PMC's breach of one or more express warranties contained in the Agreement and/or Seller's Guide, LBHI has sustained actual and consequential damages in an amount to be proven at trial.

### THIRD CLAIM FOR RELIEF
(Breach of Contract—Indemnification Agreement)

37. LBHI incorporates the foregoing allegations as though fully set forth herein.

38. The Indemnification Agreement constitutes a valid and enforceable contract that is binding upon PMC.

7

COMPLAINT

39. PMC has liability under the Indemnification Agreement for Loan Nos. ****8454, ****0794, and ****8129 and has agreed to pay certain damages.

40. As a result of PMC's breach of the Indemnification Agreement, LBHI has sustained actual and consequential damages in an amount to be proven at trial.

## FOURTH CLAIM FOR RELIEF
(Breach of Contract – Specific Performance)

41. LBHI incorporates the foregoing allegations as though fully set forth herein.

42. PMC has breached the Agreement and Seller's Guide by: (a) breaching one or more of its agreements, representations, and/or warranties; and (b) refusing or otherwise failing to repurchase the subject mortgage loans.

43. PMC specifically agreed to the remedy of repurchase.

44. Due to the unique and specific nature of the mortgage loans and the underlying real property securing the loans, LBHI currently has no adequate remedy at law for redress of PMC's breaches and its obligation to repurchase loans.

45. LBHI is therefore entitled to an Order of this Court requiring specific performance by PMC of its repurchase obligations under the Agreement and Seller's Guide.

## RELIEF REQUESTED

WHEREFORE, LBHI respectfully requests that this Court enter judgment in its favor against PMC as follows:

(a) For all damages and/or losses arising from or relating to PMC's breach of contract, in an amount to be proved at trial;

(b) For all damages and/or losses arising from or relating to PMC's breach of warranties, in an amount to be proven at trial;

(c) For all damages and/or losses arising from or relating to PMC's breach of the Indemnification Agreement, in an amount to be proven at trial;

(d) For an Order from this Court directing PMC to repurchase those mortgage loans set forth on **Exhibit A** for which repurchase is available;

(e) For recoverable interest;

(f) For the costs and expenses of suit incurred herein, including, but not limited to, attorney fees, costs, and expert witness expenses; and,

(g) For such other and further relief as this Court deems just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury herein on all issues so triable.

DATED: September 27, 2010

FOSTER GRAHAM
MILSTEIN & CALISHER, LLP

*/s/ Daniel K. Calisher*
Daniel K. Calisher
*Attorneys for Plaintiff*
LEHMAN BROTHERS HOLDINGS, INC.

*Lehman Brothers Holdings, Inc., v. PMC Bancorp f/k/a Professional Mortgage Corp.*

## Exhibit A

|     | Loan Number | Basis of Claim |
| --- | --- | --- |
| 1.  | ****8152 | Misrepresentation – First Party Fraud, Income, Employment, Occupancy; and any other discovered breach |
| 2.  | Loan No. 32403065 - new Loan No. 124895608 | Misrepresentation – First Party Fraud, Income, Employment, Occupancy; and any other discovered breach |
| 3.  | ****3193 | Misrepresentation – Debts; and any other discovered breach |
| 4.  | Loan No. 31013857 – new Loan No. 124895517 | Misrepresentation – Occupancy; and any other discovered breach |
| 5.  | ****8454 | Early Payment Default; and any other discovered breach |
| 6.  | ****0794 | Misrepresentation – Debts; and any other discovered breach |
| 7.  | ****8330 | Misrepresentation – Income and employment; and any other discovered breach |
| 8.  | ****2582 | Misrepresentation - Value |
| 9.  | ****6622 | Misrepresentation – Income and employment |
| 10. | ****3863 | Misrepresentation – Occupancy; Early Payment Default; and any other discovered breach |
| 11. | ****8129 | Early Payment Default; and any other discovered breach |

10
EXHIBIT A

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Stephen V. Wilson and the assigned discovery Magistrate Judge is Patrick J. Walsh.

The case number on all documents filed with the Court should read as follows:

```
CV10- 7207 SVW (PJWx)
```

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)        NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Reilly Pozner, LLP
Michael A. Rollin (#251557)
mrollin@rplaw.com
515 South Flower Street, 36th Floor
Los Angeles, California 90071
Telephone: 213-236-3576 / Fax: 213-236-3570

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC.<br><br>PLAINTIFF(S)<br>v.<br><br>PMC BANCORP, f/k/a PROFESSIONAL MORTGAGE CORP.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV10 7207 SVW PJWx<br><br><br>SUMMONS |

TO: DEFENDANT(S): <u>PMC BANCORP f/k/a PROFESSIONAL MORTGAGE CORP.</u>

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _____Michael A. Rollin_____, whose address is __515 South Flower Street, 36th Floor, Los Angeles, California 90071__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated: SEP 27 2010

Clerk, U.S. District Court

By: CHRISTOPHER POWERS
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

LEHMAN BROTHERS HOLDINGS, INC.

**DEFENDANTS**

PMC BANCORP, f/k/a PROFESSIONAL MORTGAGE CORP.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Daniel K. Calisher (#181821)
Foster Graham Milstein & Calisher, LLP
621 Seventeenth Street, 19th Floor, Denver, CO 80293   303-333-9810

**Attorneys** (If Known)

Joseph A. Walker (#047223)
The Walker Law Firm, P.C.
1301 Dove Street, Suite 720, Newport Beach, CA 92660   949-752-2522

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No    ☐ **MONEY DEMANDED IN COMPLAINT:** $ In excess of $75,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

28 USC § 1332

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | | **CIVIL RIGHTS** | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☒ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | ☐ 690 Other | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:** Case Number: CV10 7207

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)         CIVIL COVER SHEET         Page 1 of 2

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☐ No ☑ Yes
If yes, list case number(s): CV-09-3829 (RGK)

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Lehman Brothers Holdings, Inc. - New York and Delaware |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| PMC Bankcorp f/k/a Professional Mortgage Corp. - Los Angeles County |  |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County |  |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _Daniel K. Cahn_   Date September 27, 2010

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |