# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., <br><br> Plaintiff, <br><br> vs. <br><br> PMC BANCORP, f/k/a PROFESSIONAL MORTGAGE CORP., <br><br> Defendant. | Case No. LA CV10-07207 JAK (PJWx) <br><br> **AMENDED ORDER AND JUDGMENT** |

The Motion for Summary Judgment brought by plaintiff Lehman Brothers Holdings Inc. ("Plaintiff") against defendant PMC Bancorp f/k/a Professional Mortgage Corp. ("Defendant"), having been granted, it is hereby ORDERED:

(1) Judgment was previously entered in favor of Plaintiff and against Defendant on March 27, 2013 in the amount of **$1,963,203.90** (representing all damages incurred by Plaintiff in this Action through December 20, 2011, including accrued interest, but not including attorneys' fees and/or costs). The prior judgment also included an award in favor of Plaintiff and against Defendant in the amount of **$170,431.60** (representing accrued pre-

judgment interest at the rate of nine percent (9%) per annum pursuant to New York law, *i.e.*, interest of $375.40 per diem for the 454 days from December 21, 2011, through and including March 18, 2013). Therefore, the total amount of **$2,133,635.50** was included in the prior judgment.

(2) On August 26, 2016, Plaintiff received $3,106,399.16 as payment of the above referenced judgment with interest. This payment included payment for previously awarded fees/costs awarded in connection with the underlying litigation and by the Ninth Circuit.

(3) On September 23, 2016, Plaintiff submitted its Request for Attorney's Fees and Costs seeking to recover those incurred to enforce the judgment. On October 11, 2017, the Court granted in part Plaintiff's Request for Attorney's Fees and Costs, awarding a total of $866,416.92 in favor of Plaintiff and against Defendant.

(4) The Court now amends the prior judgment to reflect the additional sums awarded to Plaintiff for attorney's fees and/or costs, as well as the amount previously paid by Defendant. Therefore, the judgment is amended as follows: judgment is entered in favor of Plaintiff and against Defendant in the amount of **$866,416.92**.

(5) Interest shall continue to accrue on said amount at the legal rate of nine percent (9%) per annum from October 12, 2017, until the total amount owed to Plaintiff by Defendant is fully paid.

**IT IS SO ORDERED.**

Dated: January 22, 2018.

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE