Christopher P. Carrington (admitted *pro hac vice*)
chris@richardscarrington.com
**RICHARDS CARRINGTON LLC**
1700 Lincoln Street, Suite 3400
Denver, Colorado 80203
Telephone: (303) 962-2690
Facsimile: (303) 962-2691

Stephen D. Weisskopf (State Bar No. 213596)
sweisskopf@weisskopflaw.com
**LEVATO LAW, LLP**
2029 Century Park East, Suite 2910
Los Angeles, California, 90067
Telephone: (310) 734-2026
Facsimile: (310) 421-4180

Attorneys for Plaintiff LEHMAN BROTHERS HOLDINGS INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC.<br><br>            Plaintiff,<br><br>      vs.<br><br>PMC BANCORP, f/k/a PROFESSIONAL MORTGAGE CORP.<br><br>            Defendant. | Case No. CV10-07207 JAK (PJWx)<br>Honorable John A. Kronstadt<br>Honorable Patrick J. Walsh<br><br>**SATISFACTION OF JUDGMENT** |

1  Judgment was rendered in favor of Plaintiff Lehman Brothers Holdings Inc. and against Defendant PMC Bancorp, f/k/a Professional Mortgage Corp. in the above-captioned action on March 27, 2013, in the principal amount of $1,963,203.90 [Doc. 133] (the "Judgment").

On August 26, 2016, after receipt of payment on behalf of Defendant, Plaintiff filed a partial satisfaction of the Judgment. [Doc. 374].

The Court subsequently awarded Plaintiff attorneys' fees and costs on October 11, 2017 related to enforcement and collection of the Judgment. [Doc 421].

On January 23, 2018, the Court entered an Amended Order and Judgment [Doc. 423] in favor of Plaintiff and against Defendant in the principal amount of $866,416.92 (the "Amended Judgment").

Defendant paid Plaintiff on or about March 7, 2018, which payment satisfies the Amended Judgment entered in favor of Plaintiff and against Defendant.

Defendant has satisfied both the Judgment and the Amended Judgment.

Dated: March 8, 2018

RICHARDS CARRINGTON, LLC

By: /s/ *Christopher P. Carrington*
  Christopher P. Carrington
  (*pro hac vice*)

LEVATO LAW, LLP
Stephen D. Weisskopf

*Attorneys for Plaintiff Lehman Brothers Holdings, Inc.*

**PROOF OF SERVICE**

I am co-counsel in this matter and am over the age of eighteen years, and not a party to the within action. My business address is: Richards Carrington, LLC, 1700 Lincoln Street, Suite 3400, Denver, Colorado 80203. On March 8, 2018, I served the document(s) as follows:

☐ **BY FACSIMILE:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

X **BY ELECTRONIC SERVICE:** I caused such document(s) to be electronically filed in accordance with the electronic filing procedures of this Court; service has been effected upon the parties, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

☐ **BY PERSONAL DELIVERY:** by personally delivering the document(s) listed above to the person(s) at the address(es) as follows:

☐ **PERSONAL DELIVERY BY CAUSE:** I caused said documents to be hand-delivered to the addressee on **(date**)**, pursuant to Code of Civil Procedure § 1011.

☐ **BY OVERNIGHT DELIVERY:** by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by UPS as part of the ordinary business practices of Richards Carrington, LLC.

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of Colorado at Denver, addressed as set forth in the service list below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ **BY ELECTRONIC MAIL**: by providing a copy of the foregoing via electronic mail to the counsel of record in this matter.

I declare under penalty of perjury under the laws of the State of Colorado that the above is true and correct.

Executed on March 8, 2018 at Denver, Colorado.

/s/ *Christopher P. Carrington*
Christopher P. Carrington